WILLIAM STEVENS v. THE ATCHISON, TOPEKA AND SANTA FE RAILWAY COMPANY.— Motion for leave to appeal to the Court of Appeals granted. Motion

for reargument denied. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.